

**FILED**
**4/23/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Hayley Altabef (312) 353-5357

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:25-cr-00219-1 |
| v. | BETH W. JANTZ |
| JEREMIAH AGINA | Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, STEVEN MAFFUCCI, appearing before United States Magistrate Judge BETH W. JANTZ by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that JEREMIAH AGINA has been charged with violating the conditions of his release in criminal case number 23 CR 122 in the Northern District of Ohio by committing the offense of money laundering, in violation of Title 18, United States Code, Section 1957.

A copy of the arrest warrant is attached.

_____
STEVEN MAFFUCCI
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 23rd day of April, 2025.

_____
BETH W. JANTZ
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:23-cr-122-JRK |
| | ) | |
| | ) | |
| Jeremiah Agina | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jeremiah Agina,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

New law violation: 18 U.S.C. § 1957 Money Laundering.

Date: 04/04/2025

*Issuing officer's signature*

City and state: Toledo, Ohio

James R. Knepp II, U.S. District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/4/2025, and the person was arrested on *(date)* 4/23/2025
at *(city and state)*

Date: 4/23/2025

*Arresting officer's signature*

Steven Maffucci, Special Agent
*Printed name and title*